UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>Plaintiffs,<br>v.<br><br>ZHENYONG DONG, an individual, d/b/a REAL VIOLET, EUN ALMONTE, SOOMI LEE, COLBY WAYNE CLOTHING LLC, and SILVIA LOPEZ, et al,<br><br>Defendants. | CASE NO. 2:21-cv-00159-TL<br><br>ORDER |

This matter comes before the Court *sua sponte*, on review of the record.

This action was commenced in February 2021. Dkt. No. 1. Following an August 2022 order granting *ex parte* discovery for the purposes of obtaining information regarding Defendants' identities and locations (Dkt. No. 29), Plaintiffs filed an Amended Complaint on February 27, 2023. Dkt. No. 30. More than 90 days have passed since the Amended Complaint

ORDER - 1

was filed (Dkt. No. 30), and there has been no activity in the case since the issuance of summons for the Amended Complaint (Dkt. No. 31).

Plaintiffs are DIRECTED to file a status report, **within seven (7) days** of this Order, whether they plan to proceed in this matter and, if so, when they expect service of process on Defendants to be completed. Failure to timely respond may result in the dismissal of this action without prejudice.

Dated this 12th day of June 2023.

Tana Lin
United States District Judge