The Honorable Tana Lin
~~The Honorable S. Kate Vaughan~~

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZHENYONG DONG, an individual, d/b/a Selling Accounts Real Violet, Eun Almonte, Soomi Lee, Colby Wayne Clothing LLC, and Silvia Lopez; BIBIAO HE, an individual, d/b/a Selling Accounts Eun Almonte, Soomi Lee, Silvia Lopez, and Amanda Kelley; XINDI SHEN, an individual, d/b/a Selling Account Real Violet; CHANGTE HE, an individual, d/b/a Colby Wayne Clothing LLC; and DOES 1-10,<br><br>    Defendants. | Lead Consolidated Case No.: 2:21-cv-00159-TL<br><br>Consolidated Cases:<br>2:21-cv-00160<br>2:21-cv-00161<br>2:21-cv-00162<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE** |

~~[PROPOSED]~~ ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(Lead Consolidated Case No. 2:21-cv-00159-TL)

THIS MATTER came before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc. ("Amazon") and Dutch Blitz Acquisition Corporation ("Dutch Blitz") (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,800 words.

SO ORDERED this 15th day of June 2023.

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(Lead Consolidated Case No. 2:21-cv-00159-TL)