# United States District Court
## Western District of Washington
### at Seattle

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>               Plaintiffs,<br>   v.<br><br>ZHENYONG DONG, an individual, d/b/a REAL VIOLET, EUN ALMONTE, SOOMI LEE, COLBY WAYNE CLOTHING LLC, and SILVIA LOPEZ, et al,<br><br>               Defendants. | Case No. 2:21-cv-00159-TL<br><br>Order of Referral |

The Court issues this Order *sua sponte*. Pursuant to *In re: Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023), of this District, the Court hereby Refers all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

Dated this 16th day of June 2023.

*[signature]*

Tana Lin
United States District Judge

Order of Referral - 1