UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>                              Plaintiffs,<br><br>         v.<br><br>ZHENYONG DONG, an individual, d/b/a Selling Accounts Real Violet, Eun Almonte, Soomi Lee, Colby Wayne Clothing LLC, and Silvia Lopez; BIBIAO HE, an individual, d/b/a Selling Accounts Eun Almonte, Soomi Lee, Silvia Lopez, and Amanda Kelley; XINDI SHEN, an individual, d/b/a Selling Account Real Violet; CHANGTE HE, an individual, d/b/a Colby Wayne Clothing LLC; and DOES 1-10,<br><br>                              Defendants. | CASE NO. 2:21-cv-00159-TL-BAT<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE STATUS REPORT** |

Plaintiff filed a renewed motion for alternative service (Dkt. 38) and a status report suggesting Plaintiffs would promptly serve Defendants if alternative service was granted. Dkt. 41. The Court denied the renewed motion for alternative service (Dkt. 42). Accordingly, it is

**ORDERED**:

Within **sixty (60) days** of this Order, Plaintiffs either shall serve Defendants, or file a second supplemental motion for alternative service with evidence the proposed method of service will reasonably provide Defendants notice. If Plaintiff cannot serve Defendants or

- 1

establish that alternative service should be granted, Plaintiff shall show cause why the case should not be dismissed.

DATED this 22nd day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFFS TO FILE
STATUS REPORT - 2