The Honorable Tana Lin
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHENYONG DONG, an individual, d/b/a Selling Accounts Real Violet, Eun Almonte, Soomi Lee, Colby Wayne Clothing LLC, and Silvia Lopez; BIBIAO HE, an individual, d/b/a Selling Accounts Eun Almonte, Soomi Lee, Silvia Lopez, and Amanda Kelley; XINDI SHEN, an individual, d/b/a Selling Account Real Violet; CHANGTE HE, an individual, d/b/a Colby Wayne Clothing LLC; and DOES 1-10,<br><br>Defendants. | Lead Consolidated Case No. 2:21-cv-00159-TL-BAT<br><br>Consolidated Cases:<br>2:21-cv-00160<br>2:21-cv-00161<br>2:21-cv-00162<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR EXTENSION OF TIME FOR RENEWED MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Extension of Time for Renewed Motion for Alternative Service (the "Motion") brought by Plaintiffs Amazon.com, Inc. and Dutch Blitz Acquisition Corporation (together, "Plaintiffs"). The Court has considered the Motion and the governing law. Accordingly, it is ORDERED:

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXTENSION OF TIME FOR RENEWED
MOTION FOR ALTERNATIVE SERVICE - 1
(2:22-cv-00159-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Plaintiffs' Motion is **GRANTED**. The Court extends the deadline, set forth in its June 22, 2023 Order Directing Plaintiffs To File Status Report (Dkt. 43), from August 21, 2023 to **August 28, 2023**.

SO ORDERED this 17th day of August 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXTENSION OF TIME FOR RENEWED
MOTION FOR ALTERNATIVE SERVICE - 2
(2:22-cv-00159-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax