The Honorable Tana Lin
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>ZHENYONG DONG, an individual, d/b/a Selling Accounts Real Violet, Eun Almonte, Soomi Lee, Colby Wayne Clothing LLC, and Silvia Lopez; BIBIAO HE, an individual, d/b/a Selling Accounts Eun Almonte, Soomi Lee, Silvia Lopez, and Amanda Kelley; XINDI SHEN, an individual, d/b/a Selling Account Real Violet; CHANGTE HE, an individual, d/b/a Colby Wayne Clothing LLC; and DOES 1-10,<br><br>     Defendants. | Lead Consolidated Case No. 2:21-cv-00159-TL-BAT<br><br>Consolidated Cases:<br>2:21-cv-00160<br>2:21-cv-00161<br>2:21-cv-00162<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* SECOND RENEWED MOTION FOR ALTERNATIVE SERVICE ON CERTAIN DEFENDANTS** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Second Renewed Motion for Alternative Service on Certain Defendants (Dkt. 48) brought by Plaintiffs Amazon.com, Inc. and Dutch Blitz Acquisition Corporation. The Court having considered Plaintiffs' Motion and finding good cause, it is hereby **ORDERED**:

  1.  Plaintiffs' Motion (Dkt. 48) is **GRANTED**.

  2.  Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

- on Defendant Zhenyong Dong through the following email address used to log in and access his account with Payoneer, Inc. ("Payoneer"): 84389698@qq.com; and

- on Defendant Bibiao He through the following email address used to log in and access his account with Payoneer.: bibiaopppka@sina.com.

SO ORDERED this 29th day of August, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
SECOND RENEWED MOTION FOR ALTERNATIVE
SERVICE ON CERTAIN DEFEEENDANTS - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax