UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and DUTCH BLITZ ACQUISITION CORPORATION, a Pennsylvania corporation,<br><br>                  Plaintiffs,<br><br>   v.<br><br>ZHENYONG DONG, an individual, d/b/a Selling Accounts Real Violet, Eun Almonte, Soomi Lee, Colby Wayne Clothing LLC, and Silvia Lopez; BIBIAO HE, an individual, d/b/a Selling Accounts Eun Almonte, Soomi Lee, Silvia Lopez, and Amanda Kelley; XINDI SHEN, an individual, d/b/a Selling Account Real Violet; CHANGTE HE, an individual, d/b/a Colby Wayne Clothing LLC; and DOES 1-10,<br><br>                  Defendants. | Lead Consolidated Case No. 2:21-cv-00159-TL-BAT<br><br>Consolidated Cases:<br>2:21-cv-00160<br>2:21-cv-00161<br>2:21-cv-00162 |

      The Court directs Plaintiffs to show cause why the following Defendants should not be dismissed: John Does 1-10; Changte He; and Xindi Shen. On June 21, 2023, the Court denied Plaintiffs' motion for alternative service on these Defendants, Dkt. 42, and ordered on June 22, 2023, Plaintiffs to file a status report regarding alternative service on all Defendants or show cause why the case should not be dismissed. Dkt. 43.

SHOW CAUSE ORDER- 1

Pursuant to the Court's order, Plaintiffs filed a renewed motion for alternative service by email limited to Defendants Zhenyoung Dong and Dibiao He. Dkt. 48. The renewed motion did not mention the other named Defendants. Accordingly, the Court ORDERS:

1. Plaintiffs shall show cause, no later than October 10, 2023, why Defendants John Does 1-10; Changte He; and Xindi Shen should not be dismissed from this action.

2. The Court will dismiss without prejudice the above named Defendants if Plaintiffs fail to respond, or fail to show cause why dismissal should not be ordered.

DATED this 25th day of September, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge